AO 93  (Rev. 12/09) Search and Seizure Warrant

CERTIFIED TRUE COPY
ATTEST: WILLIAM M. McCOOL
Clerk, U.S. District Court
Western District of Washington

Deputy Clerk

# UNITED STATES DISTRICT COURT

### for the
### Western District of Washington

FILED          ENTERED
LODGED         RECEIVED

| In the Matter of the Search of | ) | |
|---|---|---|
| *(Briefly describe the property to be searched or identify the person by name and address)* | ) ) ) | Case No.   MJ17-325 (2) |
| The person of TAYLOR JORDAN BRICKNER DOB: XX-XX-1993 | ) ) ) | |

SG   AUG 21 2017

AT SEATTLE
CLERK U.S. DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
BY _____ DEPUTY

## SEARCH AND SEIZURE WARRANT

To:      Any authorized law enforcement officer

An application by a federal law enforcement officer or an attorney for the government requests the search of the following person or property located in the _____Western_____ District of _____Washington_____
*(identify the person or describe the property to be searched and give its location)*:

See Attachment A-2, which is incoporated herein by reference

The person or property to be searched, described above, is believed to conceal *(identify the person or describe the property to be seized)*:

See Attachment B-2, which is incorporated herein by reference

I find that the affidavit(s), or any recorded testimony, establish probable cause to search and seize the person or property.

**YOU ARE COMMANDED** to execute this warrant on or before      8/18/17
*(not to exceed 14 days)*

☑ in the daytime  6:00 a.m. to 10 p.m.        ☐ at any time in the day or night as I find reasonable cause has been established.

Unless delayed notice is authorized below, you must give a copy of the warrant and a receipt for the property taken to the person from whom, or from whose premises, the property was taken, or leave the copy and receipt at the place where the property was taken.

The officer executing this warrant, or an officer present during the execution of the warrant, must prepare an inventory as required by law and promptly return this warrant and inventory to United States Magistrate Judge
any U.S. Magistrate Judge in WDWA .
*(name)*

☐ I find that immediate notification may have an adverse result listed in 18 U.S.C. § 2705 (except for delay of trial), and authorize the officer executing this warrant to delay notice to the person who, or whose property, will be searched or seized *(check the appropriate box)* ☐ for _____ days *(not to exceed 30)*.
                                                                                 ☐ until, the facts justifying, the later specific date of _____

Date and time issued:      08/04/2017 1:30 pm                          _____
                                                                                          *Judge's signature*

City and state:      Seattle, Washington                               Magistrate Judge Brian A. Tsuchida
                                                                          *Printed name and title*

AO 93 (Rev. 12/09) Search and Seizure Warrant (Page 2)

| **Return** | | |
|---|---|---|
| Case No.:<br>MJ17-325(2) | Date and time warrant executed:<br>8/8/2017   9:10AM | Copy of warrant and inventory left with:<br>TAYLOR BRICKNER |
| Inventory made in the presence of : TAYLOR BRICKNER | | |
| Inventory of the property taken and name of any person(s) seized: | | |

- FULL SET OF FINGERPRINTS INCLUDING PALMAR SURFACES

- 2 BUCCAL DNA SAMPLES

**Certification**

I declare under penalty of perjury that this inventory is correct and was returned along with the original warrant to the designated judge. 8/22/17

Date: 8/21/2017

_Michael L. Baldino_
Executing officer's signature

MICHAEL L. BALDINO, SPECIAL AGENT
Printed name and title
FBI

## ATTACHMENT A-2
Premises To Be Searched

TAYLOR JORDAN BRICKNER, DOB: XX-XX-1993, approximately 5'11" tall and 140 lbs.

**ATTACHMENT B-2**
Items To Be Searched

Buccal swabs for DNA analysis in the form of saliva; and major case prints from each finger and the full surface of both hands, including tips, sides, joints of fingers, and palms.